PROB 12C
(7/93)

Report Date: December 10, 2010

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 29 2010

JAMES R. LARSEN, CLERK
_____DEPUTY
RICHLAND, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Michael Foster            Case Number: 2:03CR02137-001
                                                         2:03CR02234-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Edward F. Shea, U.S. District Judge

Date of Original Sentence: 8/17/2004

Original Offense: Distribution of a Controlled Substance, 21 U.S.C. § 841(a)(1);Possession of a Firearm by Prohibited Person, 18 U.S.C. § 922(g)(1)

Original Sentence: Prison - 60 Months; TSR - 60 Months      Type of Supervision: Supervised Release

Asst. U.S. Attorney: James P. Hagarty        Date Supervision Commenced: 1/9/2008

Defense Attorney: John S. Matheson           Date Supervision Expires: 1/8/2013

---

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: On June 10, 2010, Michael Odeen Foster pleaded guilty to Committing Lewd Conduct, Benton County District Court, docket no. K00044878. Mr. Foster was sentenced to 3 days jail and $778 in fines and fees. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

Prob12C
Re: Foster, Michael
December 10, 2010
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/10/2010

s/Curtis G. Hare

Curtis G. Hare
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/29/10

Date